UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:20-cv-2202 KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. BORBE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, filed a motion for extension of time to file an application to proceed in forma pauperis. Plaintiff claims he did not receive the court's last order because he has been transferred within San Quentin Prison at least four different times. On December 11, 2020, plaintiff's address of record was changed to P.O. Box 104, Agoura Hills, CA 91376. However, the CDCR inmate locator shows that plaintiff is still housed at San Quentin State Prison and is not eligible for parole until August 2021.[1] Plaintiff is cautioned that he must keep the court apprised of his current address, not a prospective future address. Local Rule 182(f).

---

[1] The Court may take judicial notice of public information stored on the CDCR website. See Louis v. McCormick & Schmick Restaurant Corp., 460 F.Supp.2d 1153, 1155 n.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records); Pacheco v. Diaz, No. 1:19-cv-0774 SAB (PC), 2019 WL 5073594 at *2 (E.D. Cal. Sept. 4, 2019) (court may take judicial notice of CDCR's Inmate Locator system).

Good cause appearing, plaintiff's motion is granted.  Plaintiff is cautioned that failure to comply with the November 5, 2020 order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted.

2. Plaintiff is granted sixty days from the date of this order in which to comply with the November 5, 2020 order.

3. The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis by a prisoner, and to change plaintiff's address to the San Quentin State Prison address listed on his most recent filing (ECF No. 6).

Dated:  December 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bart2202.36

2