UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O BORBE, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-2202 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se.  By order filed June 28, 20211, plaintiff was granted sixty days in which to file an amended complaint that complies with the April 28, 2021 order.  Sixty days from that date have passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

　　　　However, on August 2, 2021, plaintiff filed a change of address to the California Health Care Facility in Stockton.  Therefore, in an abundance of caution, plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  September 16, 2021

/bart2202.eot2

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1