UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O BORBE, et al.,<br><br>    Defendants. | No.  2:20-cv-2202 KJM KJN P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On November 29, 2021, plaintiff filed his amended complaint.  However, his pleading stops midsentence on page 3 and is missing the "Claim 1 Supporting Facts Addendum."  (ECF No. 20, *passim*.)  The court is unable to screen the pleading without all of plaintiff's allegations.  Therefore, plaintiff is granted additional time to submit the addendum or to file a complete amended complaint.  Plaintiff is cautioned that failure to comply with this order will result in a recommendation that the amended complaint be dismissed.

    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days from the date of this order in which to submit the "Claim 1 Supporting Facts Addendum" for interlineation into his pleading, or to file a complete amended complaint.

Dated:  December 9, 2021

bart2202.36.miss

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE