UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:20-cv-2202 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. BORBE, | |
| Defendant. | |

On April 19, 2022, defendant filed a motion to revoke plaintiff's in forma pauperis status, and require plaintiff to pay the court's filing fee in full to proceed with this action. Plaintiff did not oppose the motion or otherwise respond.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id. On January 5, 2022, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose a motion may be deemed a waiver of opposition to the motion. (ECF No. 23 at 5.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. In the order filed January 5, 2022, plaintiff was also advised that failure to

////

comply with the Local Rules may result in a recommendation that the action be dismissed. (ECF No. 23 at 5.)

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion to revoke (ECF No. 33). Failure to file an opposition will be deemed as consent to have the: (a) motion be granted; (b) action dismissed for lack of prosecution; or (c) action dismissed based on plaintiff's failure to comply with these rules and a court order. Such failure shall result in a recommendation that defendant's motion be granted, and plaintiff be required to pay the court's filing fee in full in order to proceed with this action. Subsequent failure to pay the filing fee will result in a recommendation that this action be dismissed. Fed. R. Civ. P. 41(b).

Dated: May 17, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bart2202.nop

2